# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-1073 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| LUOIS FOLINO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On November 13, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On November 13, 2013, the Magistrate Judge issued a Report (Doc. 17) recommending that this case be dismissed for failure of Plaintiff to prosecute. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's case is **DISMISSED** for failure to prosecute, and the Report and Recommendation of Magistrate Judge Kelly dated November 13, 2013 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

December 4, 2013

s\Cathy Bissoon  
Cathy Bissoon  
United States District Judge

cc (via First-Class U.S. Mail):

Ramon Sanchez
FH-7056
SCI Greene
175 Progress Drive
Waynesburg, PA  15370